**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE SPINDLER,<br><br>        Plaintiff,<br><br>  v.<br><br>LOS ANGELES POLICE DEP'T, et al.,<br><br>        Defendants. | NO. CV 18-2566-JLS(E)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Defendant CHP's Motion to Dismiss is granted; and (3) the action against Defendant CHP is dismissed without prejudice but without leave to amend.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: September 11, 2018.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE