_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 18-02566-JLS (E)                                    Date: July 23, 2019
Title:   Wayne Spindler v. Los Angeles Police Department et al

_____

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

Not Present                                      Not Present

**Proceedings:**        (In Chambers) ORDER TO SHOW CAUSE "OSC"

Defense counsel has failed to comply with the Court's Order of April 2, 2019, which ordered counsel to confer with Plaintiff and file a Joint Rule 26(f) Report setting forth the parties' positions regarding a further schedule in this case.  (*See* Doc. 24.)

Pursuant to the Court's discretion under Federal Rule of Civil Procedure 37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or finding the parties in contempt of court for failure to obey a court order.  Monetary sanctions for failure to obey a Court order may be imposed pursuant to the Court's inherent power.

On its own motion, therefore, the Court hereby orders defense counsel to show cause why the Court should not enter a default and/or find the Defendants in contempt for counsel's failure to submit a Joint Rule 26(f) Report.

No later than August 28, 2019, defense counsel shall file a Joint Rule 26(f) Report and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

**IT IS SO ORDERED.**

Initials of Preparer: tg

_____